# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                              Case No.: 1:12–cv–08903
                                                 Honorable Ruben Castillo

John Does 1–6

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2012:

      MINUTE entry before Honorable Ruben Castillo:After a careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of a proper amended complaint which names actual defendants. Plaintiff's counsel is granted leave to proceed with expedited discovery and issue appropriate subpoenas to determine the identity of the defendants.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.