**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 12-CV-8903 |
| | ) | |
| JOHN DOES1-6, | ) | The Honorable Ruben Castillo |
| | ) | |
| Defendants. | ) | |

<u>**MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES**</u>

NOW COMES the Defendant/Respondent, DOE #5, by and through its attorney, ROZOVICS & CRAWFORD LLP, appearing before this court solely for the purpose of responding to the Subpoena issued by the Plaintiff and not for any general appearance, and hereby presents its Motion to File a Brief in Excess of 15 Pages, and in support thereof, states as follows:

1.     Northern District of Illinois Local Rule 7.1 requires briefs not to exceed 15 pages without good cause shown and leave of court.

2.     On January 8, 2013 Defendant DOE #5 filed a Motion to Bar Refiling or Amendment of the Complaint Against Doe #5 or in the Alternative to Sever Parties from Complaint Prior to Allowing Reinstatement; Motion to Quash Subpoena Served Upon the Legal Response Center for Comcast Regarding Doe #5 and for Sanctions; Motion to Join Doe No. 3 Motion To Quash Subpoena Served Upon the Legal Response Center for Comcast; Motion for Issuance of a Protective Order Allowing Doe #5 to Proceed Anonymously.

3.     This filing presented multiple motions with complex issues related to the alleged downloads of multiple copyrighted works of pornography.

4.    To fully bring to the Court's attention the information that DOE #5 believes will be helpful to the Court in determining whether , DOE #5 requires additional pages for its Motion

WHEREFORE, Defendant DOE #5 respectfully requests leave to file its Doe #5 Motion to Bar Refiling or Amendment of the Complaint Against Doe #5 or in the Alternative to Sever Parties from Complaint Prior to Allowing Reinstatement; Motion to Quash Subpoena Served Upon the Legal Response Center for Comcast Regarding Doe #5 and for Sanctions; Motion to Join Doe No. 3 Motion To Quash Subpoena Served Upon the Legal Response Center for Comcast; Motion for Issuance of a Protective Order Allowing Doe #5 to Proceed Anonymously, in excess of 15 pages, *nunc pro tunc*.

DATED: January 8, 2013

Respectfully Submitted,
JOHN DOE 5
By:    s/Michelle J. Rozovics
        One of their attorneys

Michelle J. Rozovics, Esq. – ARCD# 6237997
Rozovics & Crawford LLP
263 King Street
Crystal Lake, IL 60014
815-479-9733
815-479-9734 (fax)