# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                                   Plaintiff,

v.                                                       Case No.: 1:12−cv−08903
                                                                      Honorable Ruben Castillo

John Does 1−6, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2013:

      MINUTE entry before Honorable Ruben Castillo:Defendant John Doe 5's motion to quash [10] and motion for leave to file excess pages [11] are entered and continued to 1/24/2013 at 1:00 PM. The motion hearing set for 1/22/2013 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.