## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-6, )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 1:12-cv-08903 |

### NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Malibu Media, LLC's members are Brigham Field and Colette Pelissier Field. No other person or entity has or can claim an ownership interest in the copyrights or to Malibu Media, LLC.

Dated: May 28, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*