# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8903 | **DATE** | 6/19/2013 |
| **CASE TITLE** | Malibu Media, LLC vs. John Does 1 - 6 | | |

**DOCKET ENTRY TEXT**

Defendants John Does 2, 3, 4, 5 & 6 are dismissed without prejudice pursuant to the Notice of Voluntary Dismissal Without Prejudice [27] filed by the Plaintiff on 6/17/13.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|